**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| MARLITO NAVARRO BIALA, | No. 10-71927 |
| Petitioner, | Agency No. A038-557-238 |
| v. | |
| ERIC H. HOLDER, Jr., Attorney General, | MEMORANDUM[*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Argued April 10, 2014
Submitted July 23, 2014
San Francisco, California

Before: NOONAN, NGUYEN, and WATFORD, Circuit Judges.

We grant the petition and remand it so the Board of Immigration Appeals

can apply the framework established in *In re M-A-M-*, 25 I. & N. Dec. 474 (B.I.A.

2011). *See Pannu v. Holder*, 639 F.3d 1225, 1229 (9th Cir. 2011).

We do not reach Biala's other claims of error.

---

[*] This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

**PETITION GRANTED; REMANDED.**